**Attachment A**  Apr 20 2021

The items to be seized are the funds in the following three KeyBank accounts and the following Northrim account, **not to exceed a total of $1,010,204.00**:

| Account No. | Accountholder | Amount |
|---|---|---|
| KeyBank Account 0160 | IT, LLC | Up to $707,404 |
| KeyBank Account 0004 | IT, LLC | Up to $159,900 |
| KeyBank Account 0525 | Bistro IT, LLC | Up to $149,900 |
| Northrim Account 1542 | RB Enterprises LLC | Up to $139,000 |

Upon receipt of this search warrant, KeyBank and Northrim shall preserve the funds in the account(s) in which they are found until further order of the Court.

If the balance of the funds in the three KeyBank accounts is less than $1,010,204.00, then KeyBank shall seize the total balance of funds in the account(s) until further ordered of the Court.

If the balance of the funds in the Northrim accounts is less than $139,000.00, then Northrim shall seize the total balance of funds in the account(s) until further ordered of the Court.

If the total balance of the funds in the three KeyBank accounts is more than $1,010,204.00, then KeyBank shall preserve a total of US $1,010,204.00 approximately pro rata among the accounts.