IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| IN THE MATTER OF THE SEARCH OF: | ) No. 3:21-mj-00233-MMS |
|---|---|
| (1) KEYBANK ACCOUNT NO. 720121030160; (2) KEYBANK ACCOUNT NO. 720121030004; (3) KEYBANK ACCOUNT NO. 720121030525, AND (4) NORTHRIM BANK ACCOUNT NO. 3170321542, UP TO $1,010,404.00 | ) ) ) ) ) ) ) ) |

**ORDER**

The court hereby finds that the facts set for the in the search warrant affidavit disclose sensitive facts about an on-going investigation and disclosure of those facts is likely to alert targets of the investigation. This could lead to the flight of the targets from the District of Alaska or destruction of valuable evidence, it could also pose a risk to law enforcement officers if said targets were made aware they were being investigated by law enforcement.

Having duly considered the above referenced concerns, the court finds that the reasons above are compelling and outweigh the public's interest in disclosure.

Therefore, the SEARCH WARRANT APPLICATION, AFFIDAVIT, RETURNS, AND OTHER ACCOMPANYING DOCUMENTS, are hereby ordered to be sealed.

IT IS SO ORDERED.

DATED: April 20, 2021

U.S. MAGISTRATE COURT JUDGE

4