E. BRYAN WILSON
Acting United States Attorney

MICHAEL HEYMAN
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Michael.Heyman@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>CONTENTS OF KEYBANK ACCTS<br>720121030160; 720121030004;<br>720121030525, & NORTHRIM ACCT<br>3170321542; UP TO $1,010,204.00 | No. 3:21-mj-00233-MMS |

**MOTION TO UNSEAL**

**<u>FILED UNDER SEAL</u>**

COMES NOW the United States of America, by and through the United States Attorney for the District of Alaska, and moves this Court to unseal all documents in the above-captioned matter. The investigation into the specific matter about which these documents pertain has largely concluded, Defendant is aware that the funds identified in the seizure warrant have been seized, and there is no longer a need for secrecy in this matter.

RESPECTFULLY SUBMITTED on April 28, 2021, at Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

s/ Michael Heyman
MICHAEL HEYMAN
Assistant United States Attorney

Motion to Unseal
3:21-mj-00233-MMS

2