IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>CONTENTS OF KEYBANK ACCTS 720121030160; 720121030004; 720121030525, & NORTHRIM ACCT 3170321542; UP TO $1,010,204.00 | ) No. 3:21-mj-00233-MMS<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED ORDER**

Having duly considered the United States' Motion to Unseal all documents in the above-captioned matter, the motion is hereby GRANTED.

IT IS SO ORDERED

DATED: _____    _____
                                                                              U.S. MAGISTRATE JUDGE